37 F.3d 1456
 Rev. E.K. HALL, Sr.; David Walker; U.S. Donalson; Richard
Harris; Willie Ates; Rev. Wilson C. Roberson;
NAACP Chapter of Cochran, Bleckley
County, Plaintiffs-Appellants,
v.
Jackie HOLDER, Individually and in his official capacity as
County Commissioner for Bleckley County, Georgia; Robert
Johnson, Individually and in his official capacity as
Superintendent of Elections for Bleckley County, Defendants-Appellees,
Charles Killebrew, Individually and in his official capacity
as Mayor of the City of Cochran; Lonnie Barlow; Ben
Jessup; C.C. Grooms; Willie Basby; Billy Ray Godfrey, and
T.C. Greer, Individually and in their official capacities as
Aldermen of the City of Cochran; William J. Lucas,
Individually and in his official capacity as Superintendent
of Elections for the City of Cochran; Freddie White; Wayne
Rogers; Wayne Tripp; Sonja Curtis, and J. Larry Williams,
Individually as in their official capacities as Members of
the Bleckley County Board of Education, Defendants.
 No. 91-8306.
 United States Court of Appeals,
Eleventh Circuit.
 Nov. 10, 1994.
 
 Christopher Coates, Milledgeville, GA, Laughlin McDonald, ACLU, Atlanta, GA, for appellants.
 R. Napier Murphy, Martin Snow, Grant & Napier, John C. Daniel, III, Macon, GA, William Lonnie Barlow, Arnold & Barlow, Cochran, GA, for appellees.
 Appeal from the United States District Court for the Middle District of Georgia (No. CIV85-242-2-MAC (WDO)), Wilbur D. Owens, Jr., Judge.
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 Before HATCHETT, Circuit Judge, FAY and GIBSON*, Senior Circuit Judges.
 PER CURIAM:
 
 
 1
 This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in Holder v. Hall, --- U.S. ----, 114 S.Ct. 2581, 129 L.Ed.2d 687 (1994).
 
 
 2
 REMANDED.
 
 
 
 *
 Honorable Floyd R. Gibson, U.S. Circuit Judge for the Eighth Circuit, sitting by designation